**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREA KARVALY, VINCENT FARINELLA, NANETTE ARAGON, DANIELLE SCHOPPE, CHRISTINA SIRACUSA, JASON ETTEN, GEORGE CESAR, DENNIS TRUBITSKY and DOUGLAS MASHKOW, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC., PAYPAL, INC., PETER MARCUM, ROBERT ECHOLS, ERIC CRAWFORD and ESSEX TECHNOLOGY GROUP, INC.<br><br>Defendants. | Civil Action No.:<br><br>1:05-cv-01720 (ILG) (VVP)<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS ESSEX TECHNOLOGY GROUP, INC., PETER MARCUM, ROBERT ECHOLS AND ERIC CRAWFORD TO THE SECOND AMENDED COMPLAINT**<br><br>***Document Electronically Filed*** |

Defendants Essex Technology Group, Inc. ("Essex"), Peter Marcum, Robert Echols, and Eric Crawford (the "Individual Defendants") by their attorneys, Gibbons P.C., for their Answer to the Second Amended Complaint (the "Complaint") of plaintiffs states as follows:

## ALLEGED JURISDICTION

1. Deny the allegations of paragraph 1 of the Complaint.

2. Deny the allegations of paragraph 2 of the Complaint.

3. Deny the allegations of paragraph 3 of the Complaint.

4. Admit on information and belief the allegations of paragraph 4 of the Complaint.

## ALLEGED PARTIES

5. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 5 of the Complaint.

6. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 6 of the Complaint.

7. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 7 of the Complaint.

8. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8 of the Complaint.

9. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9 of the Complaint.

10. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10 of the Complaint.

11. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11 of the Complaint.

12. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 12 of the Complaint.

13. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13 of the Complaint.

14. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 14 of the Complaint.

15. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 15 of the Complaint.

16. Admit the allegations of paragraph 16 of the Complaint.

17. Deny the allegations of paragraph 17 of the Complaint.

18. Deny the allegations of paragraph 18 of the Complaint, except admit that Peter Marcum is an Essex shareholder, Robert Echols is the President of Essex, and Eric Crawford is the Vice President of Sales of Essex.

19. Deny the allegations of paragraph 19 of the Complaint.

**FACTUAL ALLEGATIONS (DEFENDANT ESSEX)**

20. Deny the allegations of paragraph 20 of the Complaint, except admit that Essex is liquidation firm that sells used, refurbished or overstocked electronic goods at multiple pricing levels.

21. Deny the allegations of paragraph 21 of the Complaint.

22. Deny the allegations of paragraph 22 of the Complaint, except admit that payments for purchases of Essex's products were made via credit card (Visa or MasterCard), money order, or PayPal.

23. Deny the allegations of paragraph 23 of the Complaint.

24. Deny the allegations of paragraph 24 of the Complaint.

25. Deny the allegations of paragraph 25 of the Complaint.

26. Deny the allegations of paragraph 26 of the Complaint.

27. Admit the allegations of paragraph 27 of the Complaint.

28. Deny the allegations of paragraph 28 of the Complaint.

29. Deny the allegations of paragraph 29 of the Complaint.

30. Deny the allegations of paragraph 30 of the Complaint.

31. Deny the allegations of paragraph 31 of the Complaint.

## FACTUAL ALLEGATIONS (DEFENDANTS EBAY AND PAYPAL)

32. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 32 of the Complaint.

33. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 33 of the Complaint.

34. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 34 of the Complaint.

35. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 35 of the Complaint.

36. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 36 of the Complaint.

37. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 37 of the Complaint.

38. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 38 of the Complaint.

39. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 39 of the Complaint.

40. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 40 of the Complaint.

41. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 41 of the Complaint.

42. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 42 of the Complaint.

43. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 43 of the Complaint.

44. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 44 of the Complaint.

45. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 45 of the Complaint.

46. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 46 of the Complaint.

47. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 47 of the Complaint

48. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 48 of the Complaint.

## ALLEGED CLASS ACTION (ESSEX)

49. Deny the allegations of paragraph 49 of the Complaint .

50. Deny the allegations of paragraph 50 of the Complaint.

51. Deny the allegations of paragraph 51 of the Complaint.

52. Deny the allegations of paragraph 52 of the Complaint.

53. Deny the allegations of paragraph 53 of the Complaint.

54. Deny the allegations of paragraph 54 of the Complaint.

55. Deny the allegations of paragraph 55 of the Complaint.

56. Deny the allegations of paragraph 56 of the Complaint.

57. Deny the allegations of paragraph 57 of the Complaint.

## ALLEGED CLASS ACTION (EBAY AND PAYPAL)

58. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 58 of the Complaint.

59. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 59 of the Complaint.

60. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 60 of the Complaint.

61. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 61 of the Complaint.

62. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 62 of the Complaint.

63. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 63 of the Complaint.

64. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 64 of the Complaint.

65. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 65 of the Complaint.

66. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 66 of the Complaint.

## ALLEGED RICO CLAIMS

67. Deny the allegations of paragraph 67 of the Complaint

68. Deny the allegations of paragraph 68 of the Complaint.

69. Deny the allegations of paragraph 69 of the Complaint.

70. Deny the allegations of paragraph 70 of the Complaint.

71. Deny the allegations of paragraph 71 of the Complaint.

72. Deny the allegations of paragraph 72 of the Complaint.

73. Deny the allegations of paragraph 73 of the Complaint.

74. Deny the allegations of paragraph 74 of the Complaint.

75. Deny the allegations of paragraph 75 of the Complaint.

76. Deny the allegations of paragraph 76 of the Complaint.

77. Deny the allegations of paragraph 77 of the Complaint.

78. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 78 of the Complaint.

79. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 79 of the Complaint.

80. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 80 of the Complaint.

81. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 81 of the Complaint.

82. Deny the allegations of paragraph 82 of the Complaint.

83. Deny the allegations of paragraph 83 of the Complaint.

## NEW YORK ATTORNEY GENERAL'S INVESTIGATION

84. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 84 of the Complaint.

85. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 85 of the Complaint

86. Deny the allegations of paragraph 86 of the Complaint.

87. Deny the allegations of paragraph 87 of the Complaint.

**DEFENDANT ESSEX**

88. Deny the allegations of paragraph 88 of the Complaint, except admit that defendant eBay, Inc. ("eBay") terminated its relationship with Essex.

89. Deny the allegations of paragraph 89 of the Complaint.

90. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 90 of the Complaint

91. Deny the allegations of paragraph 91 of the Complaint.

92. Deny the allegations of paragraph 92 of the Complaint.

93. Deny the allegations of paragraph 93 of the Complaint.

94. Deny the allegations of paragraph 94 of the Complaint.

95. Deny the allegations of paragraph 95 of the Complaint.

96. Deny the allegations of paragraph 96 of the Complaint.

**SIRACUSA ALLEGATIONS**

97. Deny the allegations of paragraph 97 of the Complaint.

98. Deny the allegations of paragraph 98 of the Complaint, except admit that Siracusa paid for eBay auction # 3849531150 on November 1, 2004 via PayPal.

99. Deny the allegations of paragraph 99 of the Complaint, except admit that Siracusa requested a refund.

100. Deny the allegations of paragraph 100 of the Complaint.

101. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 101 of the Complaint.

## KARVALY ALLEGATIONS

102. Deny the allegations of paragraph 102 of the Complaint.

103. Deny the allegations of paragraph 103 of the Complaint, except admit that Karvaly paid for eBay auction # 5723451821 on October 3, 2004 via PayPal.

104. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 104 of the Complaint.

105. Deny the allegations of paragraph 105 of the Complaint, except admit that Karvaly contacted Essex and was issued a full refund on April 1, 2005.

106. Deny the allegations of paragraph 106 of the Complaint.

107. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 107 of the Complaint.

## ARAGON ALLEGATIONS

108. Deny the allegations of paragraph 108 of the Complaint.

109. Deny the allegations of paragraph 109 of the Complaint, except admit that Aragon paid for eBay auction # 4329131957 on October 9, 2004 via PayPal and eBay auction # 4329244576 on October 10, 2004 via PayPal.

110. Deny the allegations of paragraph 110 of the Complaint, except admit that Aragon paid for eBay auction # 4329524133 on October 13, 2004 via PayPal.

111. Deny the allegations of paragraph 111 of the Complaint.

112. Deny the allegations of paragraph 112 of the Complaint.

113. Deny the allegations of paragraph 113 of the Complaint

114. Deny the allegations of paragraph 114 of the Complaint, except admit that Aragon paid for eBay auction # 4328787264 on October 8, 2004 via PayPal, auction # 5126334483 on

September 28, 2004 via PayPal, auction # 2273349062 on October 1, 2004 via PayPal, auction # 2272289334 on September 26, 2004 via PayPal, auction # 2272289362 on September 26, 2004 via PayPal.

115. Deny the allegations of paragraph 115 of the Complaint.

116. Deny the allegations of paragraph 116 of the Complaint.

117. Deny the allegations of paragraph 117 of the Complaint.

118. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 118 of the Complaint.

## SCHOPPE ALLEGATIONS

119. Deny the allegations of paragraph 119 of the Complaint.

120. Deny the allegations of paragraph 117 of the Complaint, except admit that paid for eBay auction # 5528674915 on October 21, 2004 via PayPal.

121. Deny the allegations of paragraph 121 of the Complaint.

122. Deny the allegations of paragraph 122 of the Complaint.

123. Deny the allegations of paragraph 123 of the Complaint.

124. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 124 of the Complaint.

## CESAR ALLEGATIONS

125. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 125 of the Complaint.

126. Deny the allegations of paragraph 126 of the Complaint.

127. Deny the allegations of paragraph 127 of the Complaint.

128. Deny the allegations of paragraph 128 of the Complaint.

129. Deny the allegations of paragraph 129 of the Complaint.

130. Deny the allegations of paragraph 130 of the Complaint.

131. Deny the allegations of paragraph 131 of the Complaint.

132. Deny the allegations of paragraph 132 of the Complaint.

133. Deny the allegations of paragraph 133 of the Complaint.

134. Deny the allegations of paragraph 134 of the Complaint.

135. Deny the allegations of paragraph 135 of the Complaint.

136. Deny the allegations of paragraph 136 of the Complaint.

137. Deny the allegations of paragraph 137 of the Complaint, except admit that Cesar paid for eBay auction # 3865644352 on January 9, 2005 via PayPal (Sakar Cyber Gear Digital Camera) and eBay auction # 5742777846 on January 9, 2005 via PayPal (Lot of 2 Philips AZT3202/17 Portable CD Players). Cesar was issued a full refund for auction # 5742777846 on January 17, 2005.

138. Deny the allegations of paragraph 138 of the Complaint.

139. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 139 of the Complaint.

## MASHKOW ALLEGATIONS

140. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 140 of the Complaint.

141. Deny the allegations of paragraph 141 of the Complaint.

142. Deny the allegations of paragraph 142 of the Complaint, except admit that Mashkow paid for eBay auction # 3069487375 on January 5, 2004 via PayPal.

143. Deny the allegations of paragraph 143 of the Complaint.

144. Deny the allegations of paragraph 144 of the Complaint, except admit that Mashkow contacted Essex February 4, 2004 and was properly denied a refund because the auction listing for the item was "AS IS" and he was past the 10 day return period provided by the terms and conditions of sale.

145. Deny the allegations of paragraph 145 of the Complaint.

146. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 146 of the Complaint.

147. Deny the allegations of paragraph 147 of the Complaint.

148. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 148 of the Complaint.

**ETTEN ALLEGATIONS**

149. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 149 of the Complaint.

150. Deny the allegations of paragraph 150 of the Complaint.

151. Deny the allegations of paragraph 151 of the Complaint, except admit that Etten paid for eBay auction # 6708527287 on September 19, 2004 via PayPal.

152. Deny the allegations of paragraph 152 of the Complaint.

153. Deny the allegations of paragraph 153 of the Complaint.

154. Deny the allegations of paragraph 154 of the Complaint.

155. Deny the allegations of paragraph 155 of the Complaint.

156. Deny the allegations of paragraph 156 of the Complaint.

157. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 157 of the Complaint.

## FARINELLA ALLEGATIONS

158. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 158 of the Complaint.

159. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 159 of the Complaint.

160. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 160 of the Complaint.

161. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 161 of the Complaint.

162. Deny the allegations of paragraph 162 of the Complaint.

163. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 163 of the Complaint.

164. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 164 of the Complaint.

165. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 165 of the Complaint.

## TRUBITSKY ALLEGATIONS

166. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 166 of the Complaint.

167. Deny the allegations of paragraph 167 of the Complaint.

168. Deny the allegations of paragraph 168 of the Complaint, except admit that Trubitsky paid for eBay auction # 6718498002 on November 2, 2004 via PayPal

169. Deny the allegations of paragraph 169 of the Complaint.

170. Deny the allegations of paragraph 170 of the Complaint.

171. Deny the allegations of paragraph 170 of the Complaint.

172. Deny the allegations of paragraph 172 of the Complaint, except admit that Trubitsky paid for eBay auction # 6717863521 on October 30, 2004 via PayPal.

173. Deny the allegations of paragraph 173 of the Complaint.

174. Admit that Trubitsky contacted Essex, and otherwise deny the allegations of paragraph 174 of the Complaint.

175. Admit that Trubitsky contacted Essex, and otherwise deny the allegations of paragraph 175 of the Complaint.

176. Admit that Trubitsky was denied a refund by Essex for eBay auctions # 6718498002 and # 6717863521, and otherwise deny the allegations of paragraph 176 of the Complaint.

177. Deny the allegations of paragraph 177 of the Complaint.

178. Deny the allegations of paragraph 178 of the Complaint.

179. Deny the allegations of paragraph 179 of the Complaint.

180. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 180 of the Complaint.

181. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 181 of the Complaint.

182. Deny the allegations of paragraph 182 of the Complaint.

**COUNT I**
**(RICO)**

183. In response to paragraph 183 of the Complaint, defendants repeat and reallege each of the admissions, denials or averments contained in paragraphs 1 through 182 as if fully set forth herein.

184. Deny the allegations of paragraph 184 of the Complaint.

185. Deny the allegations of paragraph 185 of the Complaint.

186. Deny the allegations of paragraph 186 of the Complaint.

187. Deny the allegations of paragraph 187 of the Complaint.

188. Deny the allegations of paragraph 188 of the Complaint.

189. Deny the allegations of paragraph 189 of the Complaint.

190. Deny the allegations of paragraph 190 of the Complaint.

191. Deny the allegations of paragraph 191 of the Complaint.

192. Deny the allegations of paragraph 192 of the Complaint.

193. Deny the allegations of paragraph 193 of the Complaint.

194. Deny the allegations of paragraph 194 of the Complaint.

195. Deny the allegations of paragraph 195 of the Complaint.

196. Deny the allegations of paragraph 196 of the Complaint.

197. Deny the allegations of paragraph 197 of the Complaint.

198. Deny the allegations of paragraph 198 of the Complaint.

**COUNT II**
**(Deceptive Trade Practices Against Essex and Individual Defendants)**

199. In response to paragraph 199 of the Complaint, defendants repeat and reallege each of the admissions, denials or averments contained in paragraphs 1 through 198 as if fully set forth herein.

200. Deny the allegations of paragraph 200 of the Complaint.

201. Deny the allegations of paragraph 201 of the Complaint.

202. Deny the allegations of paragraph 202 of the Complaint.

203. Deny the allegations of paragraph 203 of the Complaint.

204. Deny the allegations of paragraph 204 of the Complaint.

205. Deny the allegations of paragraph 205 of the Complaint.

**COUNT III**
**(Deceptive Trade Practices Against PayPal)**

206. In response to paragraph 206 of the Complaint, defendants repeat and reallege each of the admissions, denials or averments contained in paragraphs 1 through 205 as if fully set forth herein.

207. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 207 of the Complaint.

208. Deny the allegations of paragraph 208 of the Complaint.

209. Deny the allegations of paragraph 209 of the Complaint.

210. Deny the allegations of paragraph 210 of the Complaint.

211. Deny the allegations of paragraph 211 of the Complaint.

**COUNT IV**
**(Fraudulent Inducement Against PayPal and eBay)**

212. In response to paragraph 212 of the Complaint, defendants repeat and reallege each of the admissions, denials or averments contained in paragraphs 1 through 211 as if fully set forth herein.

213. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 213 of the Complaint.

214. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 214 of the Complaint.

215. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 215 of the Complaint.

216. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 216 of the Complaint.

**COUNT V**
**(Fraudulent Inducement Against PayPal)**

217. In response to paragraph 217 of the Complaint, defendants repeat and reallege each of the admissions, denials or averments contained in paragraphs 1 through 216 as if fully set forth herein.

218. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 218 of the Complaint

219. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 219 of the Complaint.

220. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 220 of the Complaint.

221. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 221 of the Complaint.

222. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 222 of the Complaint.

223. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 223 of the Complaint.

224. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 224 of the Complaint.

225. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 225 of the Complaint.

226. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 226 of the Complaint.

**COUNT VI**
**(Breach of Contract Against PayPal)**

227. In response to paragraph 217 of the Complaint, defendants repeat and reallege each of the admissions, denials or averments contained in paragraphs 1 through 226 as if fully set forth herein.

228. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 228 of the Complaint.

229. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 229 of the Complaint.

230. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 230 of the Complaint.

231. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 231 of the Complaint.

232. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 232 of the Complaint.

233. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 233 of the Complaint.

234. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 234 of the Complaint.

235. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 235 of the Complaint.

**COUNT VII**
**(Fraud Against Essex and the Individual Defendants)**

236. In response to paragraph 236 of the Complaint, defendants repeat and reallege each of the admissions, denials or averments contained in paragraphs 1 through 235 as if fully set forth herein.

237. Deny the allegations of paragraph 237 of the Complaint.

238. Deny the allegations of paragraph 238 of the Complaint.

239. Deny the allegations of paragraph 239 of the Complaint.

240. Deny the allegations of paragraph 240 of the Complaint.

**COUNT VIII**
**(Breach of Contract Against Essex and the Individual Defendants)**

241. In response to paragraph 241 of the Complaint, defendants repeat and reallege each of the admissions, denials or averments contained in paragraphs 1 through 240 as if fully set forth herein.

242. Deny the allegations of paragraph 242of the Complaint.

243. Deny the allegations of paragraph 243 of the Complaint.

244. Deny the allegations of paragraph 244 of the Complaint.

245. Deny the allegations of paragraph 245 of the Complaint.

246. Deny the allegations of paragraph 246 of the Complaint.

247. Deny the allegations of paragraph 247 of the Complaint.

248. Deny the allegations of paragraph 248 of the Complaint.

**COUNT IX**
**(Negligence Against All Defendants)**

249. In response to paragraph 249 of the Complaint, defendants repeat and reallege each of the admissions, denials or averments contained in paragraphs 1 through 248 as if fully set forth herein.

250. Deny the allegations of paragraph 250 of the Complaint.

251. Deny the allegations of paragraph 251 of the Complaint.

252. Deny the allegations of paragraph 252 of the Complaint.

253. Deny the allegations of paragraph 253 of the Complaint.

**DEMAND FOR JURY TRIAL**

254. Defendants refer all questions of law to the Court.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

255. The Complaint fails to state a claim upon which relief can be granted as against defendants Essex and the Individual Defendants.

**SECOND AFFIRMATIVE DEFENSE**

256. The Court lacks personal jurisdiction over defendants Essex and the Individual Defendants.

**THIRD AFFIRMATIVE DEFENSE**

257. There is no privity or contract between plaintiffs and the Individual Defendants.

**FOURTH AFFIRMATIVE DEFENSE**

258. Plaintiffs' damages, if any, were caused either in whole or in part by the culpable conduct of others over whom defendants Essex and the Individual Defendants have no authority, control or dominion, or were the result of unforeseeable, intervening and/or superseding acts by third parties over whom defendants Essex and the Individual Defendants have no authority, control or dominion, and without any breach of contract, negligence, fault or want of care on the part of defendants Essex and the Individual Defendants.

**FIFTH AFFIRMATIVE DEFENSE**

259. The relief sought in the Complaint is barred, either in whole or in part, by the doctrines of equitable estoppel and laches.

**SIXTH AFFIRMATIVE DEFENSE**

260. The relief sought in the Complaint is barred, either in whole or in part, by the doctrines of accord and satisfaction, or payment.

**SEVENTH AFFIRMATIVE DEFENSE**

261. The Complaint fails to state a class action claim under Fed. R. Civ. P. 23.

**EIGHTH AFFIRMATIVE DEFENSE**

262. The Complaint fails to state fraud with particularity under Fed. R. Civ. P. 9.

**NINTH AFFIRMATIVE DEFENSE**

263. The Complaint fails to state a claim because plaintiffs' claims were settled or released, either in whole or in part, by the settlement agreement and release between plaintiffs and defendants eBay and PayPal.

**TENTH AFFIRMATIVE DEFENSE**

264. The relief sought in the Complaint is barred, either in whole or in part, by the economic loss doctrine.

**ELEVENTH AFFIRMATIVE DEFENSE**

265. Plaintiffs lack standing to assert the claims stated in the Complaint.

**TWELFTH AFFIRMATIVE DEFENSE**

266. The Complaint fails to state a claim against the Individual Defendants because they are not subject to personal liability for the alleged actions or omissions of defendant Essex.

**WHEREFORE**, defendant Essex and the Individual Defendants respectfully request that judgment be entered in their favor and against plaintiffs as follows:

A. Dismissing the Complaint in its entirety and with prejudice; and

C. Awarding defendants their costs, attorneys' fees and disbursements of this action, together with such other and further relief as this Court may deem just and proper.

Dated: New York, New York
February 28, 2007

**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
(212) 613-2000
*Essex Technology Group, Inc., Peter Marcum, Robert Echols, and Eric Crawford*

By: /s R. Scott Garley
R. Scott Garley (RG-3366)
Mark W. Stoutenburg (MS-8272)

**CERTIFICATE OF SERVICE**

I, Colleen M. Gallagher, hereby certify that on February 28 , 2007 , the foregoing Answer and Affirmative Defenses of Defendants Essex Technology Group, Inc., Peter Marcum, Robert Echols and Eric Crawford to the Second Amended Complaint was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon all parties and participants.

Colleen M. Gallagher