FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 11 2009 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

VINCENT FARINELLA, NANETTE ARAGON, DANIEL SCHOPPE, JASON ETTEN, GEORGE CESAR, DENNIS TRUBITSKY, and DOUGLAS MASHKOW, individually and on be half of others similarly situated,

Plaintiffs,

-against-

PAYPAL, INC., and EBAY, INC.,

Defendants.

-----------------------------------------------------------------X

JUDGMENT
05-CV- 1720 (ILG)

A Memorandum and Order of Honorable I. Leo Glasser, United States District Judge, having been filed on April 30, 2009, granting the parties' joint motion for approval of the Settlement Agreement; denying Elizabeth Pawlak's motion to intervene; granting in part and denying in part Class Counsel's motion for fees and expenses; and awarding attorney fees in the amount of $700,000.00; attorney expenses of $1,145.95; and an expense award of $2,500.00 to plaintiff Vincent Farinella; it is

ORDERED and ADJUDGED that the parties joint motion for approval of the Settlement Agreement is granted; that Elizabeth Pawlak's motion to intervene is denied; and that Class Counsel's motion for fees and expenses is granted in part and denied in part; and that it is further,

JUDGMENT
05-CV- 1720 (ILG)

ORDERED and ADJUDGED that attorney fees in the amount of $700,000.00; and attorney expenses of $1,145.95 are awarded; and that it is further,

ORDERED and ADJUDGED that an expense award of $2,500.00 is awarded to plaintiff Vincent Farinella.

Dated: Brooklyn, New York
June 10, 2009

s/RCH

ROBERT C. HEINEMANN
Clerk of Court